UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

DAMIAN MARTIN, on behalf of himself and all others similarly situated,

                    Plaintiff,

-v.-

ATHENS WOODWORKING, INC.,
D/B/A GOTHIC CABINET CRAFT,

                    Defendants.

Civil Action No: 1:25-cv-14

------------------------------------------------------------

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and the Defendant that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated August 27, 2025

| For Plaintiff Damian Martin | For Defendant Athen's Woodworking, Inc. doing business as Gothic Cabinet Craft |
|---|---|
| *s/Rami Salim* <br> Rami Salim <br> Stein Saks, PLLC <br> One University Plaza <br> Hackensack, NJ 07601 <br> Ph: (201) 282-6500 <br> rsalim@steinsakslegal.com | *s/ Jeremi L. Chylinski* <br> Jeremi L. Chylinski <br> Gordon and Rees LLP <br> 1 Battery Park Plaza 28th Floor <br> New York, NY 10004 <br> Ph: (212) 659-5500 <br> Jchylinski@gordonrees.Com |

So Ordered.

    s/NGG
_____
Hon. Nicholas G. Garaufis
Date: 8/28/25

1

**CERTIFICATE OF SERVICE**

I certify that on August 27, 2025, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Rami Salim
Rami Salim
**Stein Saks, PLLC**
*Attorneys for Plaintiff*